**Dodson, Cara Elizabeth Liberto v. Lutheran Village at Miller's Grant**
Case No: 23-CV-00169-MJM

**MOTION FOR POSTPONEMENT**

I, the plaintiff, Cara Elizabeth Liberto Dodson, respectfully move that the court grant a 30 day postponement of the upcoming deadlines as published in the Scheduling Order in this case. Having originally entered this complaint pro se, I previously believed that I could comply with the court's scheduling order. On June 12, 2023, Pacific Justice Institute entered into an signed agreement with me to provide legal representation in this case. On June 23, 2023, Pacific Justice Institute determined that their organization would have conflict of interest and excused themselves from representing me in this case. me to comply with the scheduling order going forward, so I am requesting a 30 day extension in this case.

FOR THESE REASONS, I request that the Court postpone the schedule referenced above and order any other appropriate relief.

I solemnly affirm under the penalties of perjury that the contents of the foregoing motion are true to the best of my knowledge, information and belief.

_____ Signature

Date: 06/28/2023