UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**CARA ELIZABETH LIBERTO DODSON,**    *

    **Plaintiff,**    *

**v.**    *      Civil Action No. EA-23-169

**THE LUTHERAN VILLAGE AT**    *
**MILLERS GRANT, INC.,**

    *

    **Defendant.**

    *

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendant's motion for summary judgment (ECF No. 45) is GRANTED;

2. Plaintiff's motion for leave to produce evidence and modify the scheduling order (ECF No. 55) is DENIED;

3. JUDGMENT is entered in favor of Defendant and against Plaintiff; and

4. The Clerk of the Court shall CLOSE this case.

Date: May 22, 2025             /s/
                                                                     Erin Aslan
                                                                       United States Magistrate Judge